UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR BRANDON GOLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. NARVAEZ, et al.,<br><br>    Defendants. | Case No. 18-cv-01966-WHO (PR)<br><br>**RE: PENDING MOTIONS**<br><br>Dkt. Nos. 35, 37, 38 and 40 |

Plaintiff Golson's motion to reopen this action is DENIED as moot. (Dkt. No. 35.) The suit was reopened prior to the filing of Golson's motion. (Dkt. No. 31.)

Golson's second motion for mediation or a settlement conference is DENIED as premature. (Dkt. No. 37.) Defendants' dispositive motion is due to be filed on May 23, 2022. Plaintiff's opposition is due 45 days after defendants' dispositive motion is filed. Defendants' reply is due 15 days after plaintiff's opposition is filed. Referral to settlement proceedings may be appropriate at a future time, but not before dispositive motions have been filed, briefed, and ruled on.

Golson's motion to modify the motion scheduling order and rule on his claims is DENIED. (Dkt. No. 38.) Golson can raise all his objections and concerns after defendants' dispositive motion is filed. He may ask for an extension of time or for other appropriate relief. He will be sent a copy of the order dissolving the stay, as requested.

1   Golson moves for a court order directing defendants to take a deposition scheduled

2  on May 16, 2022 by telephone or other remote means.  (Dkt. No. 40 at 1.)  This motion is

3  DENIED as premature.  If there are any discovery problems regarding the deposition,

4  Golson may file a motion regarding such problems after May 16, 2022.

5   The Clerk shall terminate all pending motions.

6   **IT IS SO ORDERED.**

7  **Dated:**  April 19, 2022



_____
WILLIAM H. ORRICK
United States District Judge

2