UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON THORNTON,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MEDVIN, et al.,<br><br>    Defendants. | Case No. 21-cv-01956-WHO (PR)<br><br>**JUDGMENT** |

Defendant Medvin's and defendant Pearce's motions for summary judgment having been granted, judgment is entered in favor of Medvin and Pearce.

**IT IS SO ORDERED.**

**Dated:** September 23, 2022



WILLIAM H. ORRICK
United States District Judge